UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ANDRES CASTRO,                                              O R D E R

                        Plaintiff,        FILED    CV-05-4687   (JG )

        -against-                         IN CLERKS OFFICE
                                          U.S. DISTRICT COURT E.D.N.Y.
CITY OF NEW YORK,
                                          ★ OCT 11 2005 ★
                        Defendants.
-------------------------------BROOKLYN OFFICE

        An initial conference will be held in the above-captioned case
on February 2, 2006, at 12:30 P.M., before the Honorable Joan M.
Azrack, United States Magistrate Judge, in Room 333 at 225 Cadman
Plaza East, Brooklyn, New York.   In the event the complaint is
answered before the above date and you would prefer a conference
sooner, of if this case becomes eligible for Arbitration, please
contact Magistrate Azrack's chambers at 718-260-2530.  All counsel
must be present.

        **Plaintiff's counsel is requested to confirm with defendant's
counsel that all necessary participants are aware of this
conference**.  No request for adjournment will be considered unless
made at least forty-eight (48) hours before the scheduled
conference.

        SO ORDERED.

Dated: Brooklyn, New York
       October 5, 2005

                                    s/Joan M. Azrack
                                  _____
                                    JOAN M. AZRACK
                                  UNITED STATES MAGISTRATE JUDGE